Record and Return to:
Doonan, Graves & Longoria
Attn: Mimi Gallant
100 Cummings Center, 225D
Beverly, Massachusetts 01915

```
Doc# 2009018033
Bk 15616   Pg 0674
Received York SS
04/27/2009    12:42PM
Debra L. Anderson
Register of Deeds
```

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Mortgage Electronic Registration Systems, Inc., as nominee for The Mortgage Specialists, Inc.,** whose address is 2 Main Street, Plaistow, NH 03865 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Taylor, Bean & Whitaker Mortgage Corp.,** whose address is 1417 North Magnolia Avenue, Ocala, FL, 34475 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **Donna M. Thomas and David W. Thomas** has been given to secure payment of the sum of $325,000.00 and interest, dated August 22, 2007, in **York** County Registry of Deeds in **Book 15243, Page 504**, describing land therein as:

**63 Goodwin Rd, Eliot, Maine 03903**

The Mortgage Specialists, Inc., Assignor

Dated: April 2, 2009

By: Erla Carter-Shaw
Its: Vice President

CORPORATE ACKNOWLEDGMENT

SEAL

State of Florida
County of Marion    ss.

On the 2 day of April in the year 2009 before me, the undersigned, personally appeared Erla Carter-Shaw personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of Ocala County of Marion, in the State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Jennifer Brock
Commission # DD428049
Expires: MAY 10, 2009
Bonded Thru Atlantic Bonding Co., Inc.

Notary Public
My commission expires: 5-10-09

LN#


EXHIBIT D