Record and Return to:
Doonan, Graves & Longoria
Attn: Kathleen Connolly
100 Cummings Center, 225D
Beverly, Massachusetts 01915

Doc# 2009061295
Bk 15787 Pg 570
Received York SS
12/28/2009 3:49PM
Debra L. Anderson
Register of Deeds

**Loan No.**

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Taylor Bean & Whitaker Mortgage Corporation.**, whose address is 1417 North Magnolia Avenue, Ocala, FL, 34475 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Ocwen Loan Servicing, LLC,** whose address is P.O. Box 785057 Orlando, FL 32878-5057 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **David W. Thomas and Donna M. Thomas** has been given to secure payment of the sum of $325,000.00 and interest, dated August 22, 2007, in **York** County Registry of Deeds in **Book 15243, Page 504**, describing land therein as:

**63 Goodwin Rd, Eliot, Maine 03903**

This assignment is effective as of December 1, 2009

Taylor, Bean & Whitaker Mortgage Corporation,
Assignor

Dated: December 2, 2009

By: Erla Carter-Shaw
Its: Vice President

CORPORATE ACKNOWLEDGMENT

State of Florida
County of Marion    ss.

On the 2nd day of December, in the year 2009 before me, the undersigned, personally appeared Erla Carter-Shaw personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of Ocala County of Marion in the State of Florida

Notary Public
My commission expires:    My Commission Expires
05-25-2013

NOTARY PUBLIC-STATE OF FLORIDA
Loren Bonner
Commission #DD892765
Expires: MAY 25, 2013
BONDED THRU ATLANTIC BONDING CO., INC.


EXHIBIT E