```
                                                    Doc# 2010044595
                                                    Bk 15953  Pg 887
                                                    Received York SS
                                                    10/05/2010  10:22AM
                                                    Debra L. Anderson
                                                    Register of Deeds
```

When recorded mail to: #:6242951
First American Title
Loss Mitigation Title Services 24541.1
P.O. Box 27670
Santa Ana, CA 92799
RE: THOMAS - RECORDING SERVICE

## ASSIGNMENT OF MORTGAGE
## MAINE

This **ASSIGNMENT OF MORTGAGE** is made and entered into as of the 13TH day of AUGUST, 2009, from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, as nominee for THE MORTGAGE SPECIALISTS, INC., whose address is **3300 SW 34 Avenue, Suite 101, Ocala, FL 34474**, its successors and assigns, ("Assignor") to **OCWEN LOAN SERVICING, LLC**, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of YORK, County, State of **MAINE**, as follows;

Mortgagor: DONNA M. THOMAS AND DAVID W. THOMAS
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR THE MORTGAGE SPECIALISTS, INC.
Document Date: AUGUST 22, 2007
Amount: $ 325,000.00
Recording Date: AUGUST 27, 2007
Instrument Number: 2007044044
Book/Volume/Docket/Liber : 15243
Page/Folio: 0504
Property address: 63 GOODWIN ROAD, ELIOT, ME

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges.
This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 12TH day of AUGUST, 2010.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
**ACTING SOLELY AS NOMINEE FOR**
**THE MORTGAGE SPECIALISTS, INC.**                  Signed, sealed and delivered in the presence of:

BY: _____                         (1)_____
                                                    Jonathan Burgess
NAME: Christina Carter
TITLE: Vice President                               (2)_____
                                                    Elsie Ramirez

STATE OF FLORIDA        )
                        )ss.
COUNTY OF PALM BEACH    )

The foregoing instrument was acknowledged before me this 12TH day of AUGUST, 2010, Christina Carter, the Vice President at MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR THE MORTGAGE SPECIALISTS, INC., on behalf of the corporation. He/She is personally known to me.

_____
Notary Public, Leticia N. Arias, State of Florida

MIN: 100029500019796329   NOTARY PUBLIC-STATE OF FLORIDA   MERS Ph.#: (888) 679 – 6377
                          Leticia N. Arias
                          Commission #DD737904
                          Expires: NOV. 29, 2011
                          BONDED THRU ATLANTIC BONDING CO., INC



EXHIBIT F