

DEBRA L ANDERSON REGISTER OF DEEDS
Bk 17681 PG 800
Instr # 2018010876
03/23/2018 12 15 17 PM
Pages 1    YORK CO

## ASSIGNMENT OF MORTGAGE

CORRECTIVE ASSIGNMENT OF MORTGAGE: TO CORRECT ASSIGNOR AND ASSIGNEE ENTITIES. ORIGINAL ASSIGNMENT RECORDED ON 10/05/2010 IN BK 15953 PG 887 INSTRUMENT# 2010044595
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **OCWEN LOAN SERVICING, LLC**, WHOSE ADDRESS IS, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409, ASSIGNOR, by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY**, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

Said Mortgage is dated 08/22/2007, made by **DONNA M THOMAS AND DAVID W THOMAS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS NOMINEE FOR THE MORTGAGE SPECIALISTS, INC, ITS SUCCESSORS AND ASSIGNS** and recorded on 08/27/2007 in Book 15243, Page 0504 and Doc # 2007044044, in the office of the Recorder of **YORK** County, Maine Modification DATED 06/21/2010 RECORDED 10/05/2010 BK 15953 PG 888 INST 2010044596

IN WITNESS WHEREOF, this assignment was executed on 01/29/2018 (MM/DD/YYYY)
OCWEN LOAN SERVICING, LLC

BY: _Marianette Ali_
-Senior Servicing Operations Specialist-

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me on 01/29/2018 (MM/DD/YYYY), by **Marianette Ali** as Senior Servicing Operations Specialist of OCWEN LOAN SERVICING, LLC, who, as such Senior Servicing Operations Specialist being authorized to do so, executed the foregoing instrument for the purposes therein contained He/she/they is (are) personally known to me

_Joe Simmons_
Notary Public - State of FLORIDA
Commission expires 10/16/2021

Notary Public State of Florida
Joe Simmons
My Commission GG 131461
Expires 10/16/2021

Instrument Prepared By: M ALI, OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON RD, WEST PALM BEACH, FL 33409 (561) 682-8973
When Recorded Return To Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc 2100 Alt 19 North, Palm Harbor, FL 34683
NSDAV    T231801-03 34 08 [C-1] FRMMEI

**EXHIBIT G**