UNITED STATES DISCTRICT COURT
DISTRICT OF MAINE

2019 AUG 28 P 2: 19

Nationstar Mortgage LLC d/b/a )
Mr. Cooper, )
    Plaintiff )
)
        v. )    Answer of Defendant
)     Donna Thomas
)
Donna Thomas and David Thomas, )
    Defendants )
And )
)
Internal Revenue Service )
    Party-In-Interest )
)

**Now Comes** Defendant Donna Thomas, and answers the claims brought by Plaintiff as follows:

My name is Donna M. Thomas and I am not a lawyer nor can I afford to hire one. I am writting this as an answer to the papers I was served. I do not understand everything written in these papers/documents. I am on disability and do not get enough money to make the mortgage payment. When all this started in October of 2016 I called Nationstar (Mr. Cooper) and was told that unless the mortgage was late there was nothing they could do. I even called to try to modify the loan and they said it could not be done because the credit scores were not high enough. I worked with a foreclosure counselor and all that did was them sending me more kind of modified loan which I still could not afford. I am at a loss I do not have nor do I get enough money to go out and rent an apartment and pay everything that goes along with it. As I stated earlier I am not a lawyer and I can't afford to pay/hire one. If you take the house there will be 4 more people homeless in the state of Maine, one of which is my 9 month old grandson. I did not have any control over what happend over the past 2 years it was beyond my control. Major medical problems which resulted in me having to go on disability and the issues have not stopped! I am on the wait list for section 8 but I was told that could take up to 8 years. As I have said I am on disabilty and can not afford to pay rent. I tried to apply to other towns but I just found out that you have to apply every 3 months and if you don't have all the paperwork they don't even bother looking at the application. I have no place to go and so when you take the house I will be living in my car because I can not afford to live anywhere else.

I hope I have done this correctly but again I do not understand all of this legal language and I also hope I got this into you in time.

Thank you in advance for taking the time to read this.

Date 8/26/19

*Donna M. Thomas*
Donna Thomas, Defendant
63 Goodwin Rd.
Elliot, ME 03903