D. Thomas
63 Goodwin Rd
Eliot, ME 03903



SO. MAINE P&DC
25 AUG 2019 PM 3 L

USMS ME

U.S. District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal St.
Portland, ME
04101

04101-415499