

Edward T. Gignoux U.S.
Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356

Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

October 4, 2019

**DONNA M THOMAS**
63 Goodwin Road
Eliot, ME 03903

RE: **NATIONSTAR MORTGAGE LLC v. DONNA M THOMAS, et al**
Civil No. 2:19-cv-00361-JDL

Dear Ms. Thomas:

 Recently you filed an answer in this Court. Enclosed please find a handout titled "Information for Pro Se Parties." This handout is intended for informational and practical purposes only, and in no way takes the place of an attorney's legal advice, but it may provide you with some answers to procedural and general questions.

 Sincerely,
 CHRISTA K. BERRY, CLERK

 By: /s/ Robert Allen
  Deputy Clerk

Encl.