Appendix D: Notice of Pro Se Appearance

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
NOV -7 P 4: 38
BY_____
DEPUTY CLERK

Nationstar Mortgage LLC
Plaintiff(s)

vs.

Civil Action No: 2:19-cv-00361-JDL

Donna M. Thomas, et al
Defendant(s)

## NOTICE OF PRO SE APPEARANCE

I, Donna M. Thomas, a ~~Plaintiff~~/Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the Court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below; however, if I, Donna M. Thomas, elect to complete and submit an ECF Pro Se Registration form, I will abide by the conditions set forth in the document titled "ECF Registration for Pro Se Filers".

Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of the document I filed and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is:
63 Goodwin Rd

My Mailing Address:
(if different from street address:)

Town/City   State/ Zip Code :
Eliot, ME 03903

Town/City   State/ Zip Code :

Telephone Number: (207) 451-0499

Date: November 1, 2019

Signature: Donna M. Thomas

34