# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | **CIVIL ACTION NO: 2:19-cv-00361-JDL** |
| **Plaintiff** | **STATUS REPORT** |
| vs. | RE: <br> 63 Goodwin Road, Eliot, ME 03903 |
| **Donna M. Thomas and David W. Thomas** | Mortgage: <br> August 22, 2007 <br> Book 15243, Page 504 |
| **Defendants** <br> **Internal Revenue Service** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff in this matter, Nationstar Mortgage LLC d/b/a Mr. Cooper, and hereby provides the following status report: Plaintiff's office has spoken to Defendants, and the parties are currently engaged in active settlement negotiations. Due to COVID 19, the parties are requesting an additional 60 days to continue negotiations. The Court may schedule a telephonic status conference if necessary.

DATED: June 8, 2020

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 8th day of June, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903

Internal Revenue Service
c/o Halsey B. Frank, Office of the US Attorney General
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

Internal Revenue Service
c/o Andrew K. Lizotte, Esq., U.S. Attorney`s Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

Internal Revenue Service
c/o Ashley E. Eiler, Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101

Internal Revenue Service
c/o Thomas E. Delahanty, U.S. Attorney`s Office
100 Middle Street, 6th Floor
Portland, ME 04101