## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Nationstar Mortgage LLC d/b/a Mr. Cooper** | **CIVIL ACTION NO: 2:19-cv-00361-JDL** |
| **Plaintiff** | **MOTION FOR SUBSTITUTION OF PLAINTIFF** |
| vs. | RE: <br> **63 Goodwin Road, Eliot, ME 03903** |
| **Donna M. Thomas and David W. Thomas** | Mortgage: <br> **August 22, 2007** <br> **Book 15243, Page 504** |
| **Defendants** <br> **Internal Revenue Service** | |
| **Party-In-Interest** | |

   NOW COMES the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorney, Doonan, Graves & Longoria, LLC, and hereby MOVES this Court to substitute Select Portfolio Servicing, Inc. as Plaintiff in this action. As grounds therefor Plaintiff states the following:

   1. On August 8, 2019, Nationstar Mortgage LLC d/b/a Mr. Cooper filed a Complaint in this action.

   2. The Mortgage Deed was then assigned from Nationstar Mortgage LLC d/b/a Mr. Cooper to Select Portfolio Servicing, Inc. by virtue of an Assignment of Mortgage dated November 22, 2019, and recorded in the York County Registry of Deeds in **Book 18105**, **Page 854**. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit A.

   3. Fed. R. Civ. P. 25 (c) specifically states that "if an interest is transferred, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original

party."

WHEREFORE, the Plaintiff, Nationstar Mortgage LLC d/b/a Mr. Cooper, respectfully requests that Select Portfolio Servicing, Inc. be substituted as Plaintiff in this matter.

Dated this 6TH day of August, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 6th day of August, 2020 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903

Internal Revenue Service
c/o Ashley E. Eiler, Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101