UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Select Portfolio Servicing, Inc.** | CIVIL ACTION NO: 2:19-cv-00361-JDL |
| Plaintiff | STATUS REPORT |
| vs. | RE:<br>63 Goodwin Road, Eliot, ME 03903 |
| Donna M. Thomas and David W. Thomas | Mortgage:<br>August 22, 2007<br>Book 15243, Page 504 |
| Defendants<br>Internal Revenue Service | |
| Party-In-Interest | |

NOW COMES the Plaintiff in this matter, **Select Portfolio Servicing, Inc**, and hereby provides the following status report: Due to the COVID-19 Health Crisis, the belief that the property is occupied by the Defendants and the extension of the State of Emergency outlined in Governor Mills' September 30, 2020 Executive Order, the Plaintiff has filed herewith a Motion to Extend the Stay to January 4, 2021.

DATED: October 9, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 9 day of October, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903

Internal Revenue Service
c/o Halsey B. Frank, Office of the US Attorney General
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

Internal Revenue Service
c/o Ashley E. Eiler, Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101