## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Select Portfolio Servicing, Inc. | CIVIL ACTION NO: 2:19-cv-00361-JDL |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>63 Goodwin Road, Eliot, ME 03903 |
| Donna M. Thomas and David W. Thomas | Mortgage:<br>August 22, 2007 |
| Defendants | Book 15243, Page 504 |
| Internal Revenue Service | |
| Party-in-Interest | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, Select Portfolio Servicing, Inc.

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

    Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
    Select Portfolio Servicing, Inc. - Plaintiff
    David W. Thomas - Defendant
    Donna M. Thomas - Defendant

Internal Revenue Service - Party-in-Interest

Dated: January 20, 2021

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 20th day of January, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903

Internal Revenue Service
c/o Ashley E. Eiler,
Office of the US Attorney General
100 Middle Street
East Tower – 6th Floor
Portland, ME 04101