# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Select Portfolio Servicing, Inc.** | **CIVIL ACTION NO: 2:19-cv-00361-JDL** |
| **Plaintiff** | **MOTION TO EXTEND STAY** |
| vs. | **RE: OCCUPIED REAL PROPERTY** <br> 63 Goodwin Road, Eliot, ME 03903 |
| **Donna M. Thomas and David W. Thomas** | Mortgage: <br> **August 22, 2007** <br> **Book 15243, Page 504** |
| **Defendants** | |
| **Internal Revenue Service** | |
| **Party-In-Interest** | |

**NOW COMES** the Plaintiff in this matter, Select Portfolio Servicing, Inc., by and through the undersigned counsel, and hereby requests that this Honorable Court Extend the Stay on this matter through August 31, 2021. Upon information and belief, this property is occupied, and due to the COVID-19 Health Crisis, the Plaintiff respectfully requests an extension on advancing the matter due to occupancy.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court Stay this matter through August 31, 2021.

DATED: July 30, 2021

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 30th day of July, 2021 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903


Internal Revenue Service
c/o Ashley E. Eiler, Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101