## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Select Portfolio Servicing, Inc.** | CIVIL ACTION NO: 2:19-cv-00361-JDL |
| **Plaintiff** | MOTION TO RESET DEADLINES |
| vs. | RE: OCCUPIED REAL PROPERTY<br>63 Goodwin Road, Eliot, ME 03903 |
| **Donna M. Thomas and David W. Thomas** | Mortgage:<br>August 22, 2007 |
| **Defendants** | Book 15243, Page 504 |
| **Internal Revenue Service** | |
| **Party-in-Interest** | |

**NOW COMES** the Plaintiff in this matter, Select Portfolio Servicing, Inc., by and through the undersigned counsel and hereby requests that this Honorable Court reset any and all outstanding filing deadlines, as Plaintiff acknowledges the stay of this action expires as of August 31, 2021, and is requesting the deadlines for filing of any necessary, outstanding motions be reset at this time.

WHEREFORE, based on the foregoing, Plaintiff is requesting that this Honorable Court reset any outstanding filing deadlines.

DATED:  August 31, 2021

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

  I, Reneau J. Longoria, Esq., hereby certify that on this 31st day of August, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903


Internal Revenue Service
c/o Ashley E. Eiler, Esq.
Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101