UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Select Portfolio Servicing, Inc.** | CIVIL ACTION NO: 2:19-cv-00361-JDL |
| **Plaintiff** | Co-Counsel Motion to Withdraw |
| vs. | RE: OCCUPIED REAL PROPERTY<br>63 Goodwin Road, Eliot, ME 03903 |
| **Donna M. Thomas and David W. Thomas** | Mortgage:<br>August 22, 2007<br>Book 15243, Page 504 |
| **Defendants** | |
| **Internal Revenue Service** | |
| **Party-In-Interest** | |

Now comes Co-Counsel for the Plaintiff in this matter and hereby moves to withdraw from representation of the Plaintiff in this matter. Fellow Co-Counsel, Reneau J. Longoria, Esq. shall continue to represent the Plaintiff. This Notice is in conformity with Rule 1.16(b)(1) and 1.16(c) of the Maine Rules of Professional Conduct and Local Rule 83.2. A copy of this motion has been served upon the Plaintiff and all other parties under Rule 5, F.R.Civ.P.

Respectfully Submitted,

September 30, 2021

/S/John A. Doonan, Esq.
John A. Doonan, Esq.
Bar No. 3250
Doonan, Graves and Longoria, LLC
100 Cummings Ctr. Suite 303C
Beverly, MA 01915
(978)921-2670
JAD@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 30th day of September, 2021 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 3030C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com

## SERVICE LIST

Donna M. Thomas
63 Goodwin Road
Eliot, ME 03903

David W. Thomas
63 Goodwin Road
Eliot, ME 03903

Internal Revenue Service
c/o Ashley E. Eiler, Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101

Plaintiff c/o Select Portfolio Servicing, Inc.