**SPS** SELECT Portfolio SERVICING, inc.

**Financial Breakdown Statement**
Data date:10/14/2021 09:50:25AM
Loan Number:

## Financial Breakdown Summary

| Borrower / Loan Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Loan Number: | | Loan Status: | FC | Interest Type: | VAR |
| Borrower: | THOMAS, DONNA M | Due Date: | 07/01/2017 | Modified Date: | 06/21/2010 |
| Co-Borrower: | THOMAS, DAVID W | MI Coverage: | No | Restricted Escrow | $0.00 |
| Address: | 63 GOODWIN RD | Acquisition Date: | 10/01/2019 | BK Case #: | |
| City: | ELIOT | Maturity Date: | 09/01/2049 | BK Chapter: | |
| State: | ME | Stop Adv date: | MM/DD/YYYY | BK Filing Date: | |
| County: | York | Last Payment Date: | | Prepared Date: | 10/14/2021 |

| Financial Information | | | |
|---|---|---|---|
| **Unpaid Principal Balance** | | | **$314,809.32** |
| | Principal Balance | $314,809.32 | |
| | Deferred Balance | $0.00 | |
| **Accrued Interest** | | | **$69,991.40** |
| | Interest From Date | 06/01/2017 | |
| | Good-thru Date | 11/18/2021 | |
| | Interest Rate | 5.00000% | |
| | Per Diem Rate | $43.12 | |
| **Escrow Advance Balance** | | | **$30,589.76** |
| | Taxes | $11,748.24 | |
| | Insurance | $5,074.25 | |
| | Escrow Refund/Disbursement | $0.00 | |
| | Mortgage Insurance | $0.00 | |
| | Prior Servicer Advances | $13,767.27 | |
| MIP / PMI | | | **$0.00** |
| **Advance Balance** | | | **$570.00** |
| | Valuations | $0.00 | |
| | Preservation | $0.00 | |
| | Inspections | $570.00 | |
| | Postage | $0.00 | |
| | Misc. | $0.00 | |
| Late Charges | | | **$977.31** |
| NSF Fees | | | **$0.00** |
| Fax Fees | | | **$0.00** |
| Payoff Fees | | | **$0.00** |
| Interest on Advance | | | **$0.00** |
| Misc. | | | **$0.00** |
| Unapplied Funds | | | **$0.00** |
| **Total without Attorney fees** | | | **$416,937.79** |
| **Advance Balance - Excluded** | | | **$6,364.02** |
| | FC Fees | $4,927.00 | |
| | FC Costs | $1,437.02 | |
| | BK Fees | $0.00 | |
| | BK Costs | $0.00 | |
| **Total with Attorney fees** | | | **$423,301.81** |

| Foreclosure Name |
|---|

"Select Portfolio Servicing, Inc.", unless this would create a transfer tax obligation at transfer of title, in which case, use "Federal Home Loan Mortgage Corporation" (pursuant to the Freddie Mac Servicing Guide)

**SPS** Select Portfolio SERVICING, inc.

**Financial Breakdown Statement**
Data date:10/14/2021 09:50:25AM
Loan Number:

## Financial Breakdown Details

| Transaction Date | Transaction Description | Late Charges | Late Charges Balance | NSF Charges | NSF Charges Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow / Advance Activity | Escrow / Advance Balance | Other Fees | Other Fees Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2019 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 10/07/2019 | Prior Servicer-Late Charge | $977.31 | $977.31 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 10/07/2019 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $977.31 | | $0.00 | | $0.00 | $9,999.99 | $9,999.99 | | $0.00 |
| 10/07/2019 | Prior Servicer-Pre-distributed Interest, Escrow, Payment | | $977.31 | | $0.00 | | $0.00 | $5,159.28 | $15,159.27 | | $0.00 |
| 10/16/2019 | Prior Servicer-FC ATTY FEES | | $977.31 | | $0.00 | $3,602.00 | $3,602.00 | | $15,159.27 | | $0.00 |
| 10/16/2019 | Prior Servicer-FC COSTS | | $977.31 | | $0.00 | $1,187.02 | $4,789.02 | | $15,159.27 | | $0.00 |
| 10/16/2019 | Prior Servicer-PROP INSPECTION | | $977.31 | | $0.00 | $345.00 | $5,134.02 | | $15,159.27 | | $0.00 |
| 10/24/2019 | FC COSTS | | $977.31 | | $0.00 | $250.00 | $5,384.02 | | $15,159.27 | | $0.00 |
| 10/29/2019 | City Tax | | $977.31 | | $0.00 | | $5,384.02 | $2,937.06 | $18,096.33 | | $0.00 |
| 11/11/2019 | Miscellaneous Refund | | $977.31 | | $0.00 | | $5,384.02 | ($1,392.00) | $16,704.33 | | $0.00 |
| 12/04/2019 | PROP INSPECTION | | $977.31 | | $0.00 | $15.00 | $5,399.02 | | $16,704.33 | | $0.00 |
| 12/06/2019 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,399.02 | $612.51 | $17,316.84 | | $0.00 |
| 01/02/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,399.02 | $204.17 | $17,521.01 | | $0.00 |
| 01/16/2020 | PROP INSPECTION | | $977.31 | | $0.00 | $15.00 | $5,414.02 | | $17,521.01 | | $0.00 |
| 02/03/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,414.02 | $204.17 | $17,725.18 | | $0.00 |
| 03/02/2020 | PROP INSPECTION | | $977.31 | | $0.00 | $15.00 | $5,429.02 | | $17,725.18 | | $0.00 |
| 03/03/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,429.02 | $204.17 | $17,929.35 | | $0.00 |
| 03/06/2020 | FC ATTY FEES | | $977.31 | | $0.00 | $325.00 | $5,754.02 | | $17,929.35 | | $0.00 |
| 04/01/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,754.02 | $204.17 | $18,133.52 | | $0.00 |
| 04/10/2020 | PROP INSPECTION | | $977.31 | | $0.00 | $15.00 | $5,769.02 | | $18,133.52 | | $0.00 |
| 04/17/2020 | City Tax | | $977.31 | | $0.00 | | $5,769.02 | $2,937.06 | $21,070.58 | | $0.00 |
| 05/01/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,769.02 | $204.17 | $21,274.75 | | $0.00 |
| 05/26/2020 | PROP INSPECTION | | $977.31 | | $0.00 | $15.00 | $5,784.02 | | $21,274.75 | | $0.00 |
| 06/03/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,784.02 | $204.17 | $21,478.92 | | $0.00 |
| 07/02/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | $5,784.02 | $204.17 | $21,683.09 | | $0.00 |
| 07/08/2020 | PROP INSPECTION | | $977.31 | | $0.00 | $15.00 | $5,799.02 | | $21,683.09 | | $0.00 |
| 07/10/2020 | FC ATTY FEES | | $977.31 | | $0.00 | $250.00 | $6,049.02 | | $21,683.09 | | $0.00 |

**SPS** SELECT Portfolio SERVICING, inc.

**Financial Breakdown Statement**
Data date:10/14/2021 09:50:25AM
Loan Number:

| Date | Description | | Amount | | Amount | | Fee | Amount | Escrow | Balance | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,049.02 | $204.17 | $21,887.26 | | $0.00 |
| 08/20/2020 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,064.02 | | $21,887.26 | | $0.00 |
| 09/02/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,064.02 | $204.13 | $22,091.39 | | $0.00 |
| 10/07/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,064.02 | $201.00 | $22,292.39 | | $0.00 |
| 10/07/2020 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,079.02 | | $22,292.39 | | $0.00 |
| 10/15/2020 | City Tax | | $977.31 | | $0.00 | | | $6,079.02 | $2,937.06 | $25,229.45 | | $0.00 |
| 11/04/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,079.02 | $201.00 | $25,430.45 | | $0.00 |
| 11/20/2020 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,094.02 | | $25,430.45 | | $0.00 |
| 12/02/2020 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,094.02 | $201.00 | $25,631.45 | | $0.00 |
| 01/04/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,094.02 | $201.00 | $25,832.45 | | $0.00 |
| 01/05/2021 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,109.02 | | $25,832.45 | | $0.00 |
| 01/26/2021 | FC ATTY FEES | | $977.31 | | $0.00 | | $250.00 | $6,359.02 | | $25,832.45 | | $0.00 |
| 02/03/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,359.02 | $201.00 | $26,033.45 | | $0.00 |
| 02/23/2021 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,374.02 | | $26,033.45 | | $0.00 |
| 03/04/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,374.02 | $201.00 | $26,234.45 | | $0.00 |
| 03/04/2021 | FC ATTY FEES | | $977.31 | | $0.00 | | $250.00 | $6,624.02 | | $26,234.45 | | $0.00 |
| 04/06/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,624.02 | $201.00 | $26,435.45 | | $0.00 |
| 04/14/2021 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,639.02 | | $26,435.45 | | $0.00 |
| 04/15/2021 | City Tax | | $977.31 | | $0.00 | | | $6,639.02 | $2,937.06 | $29,372.51 | | $0.00 |
| 05/06/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,639.02 | $201.00 | $29,573.51 | | $0.00 |
| 05/28/2021 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,654.02 | | $29,573.51 | | $0.00 |
| 06/02/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,654.02 | $201.00 | $29,774.51 | | $0.00 |
| 07/02/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,654.02 | $201.00 | $29,975.51 | | $0.00 |
| 07/14/2021 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,669.02 | | $29,975.51 | | $0.00 |
| 08/04/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,669.02 | $201.00 | $30,176.51 | | $0.00 |
| 09/01/2021 | PROP INSPECTION | | $977.31 | | $0.00 | | $15.00 | $6,684.02 | | $30,176.51 | | $0.00 |
| 09/02/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,684.02 | $201.00 | $30,377.51 | | $0.00 |
| 09/14/2021 | FC ATTY FEES | | $977.31 | | $0.00 | | $250.00 | $6,934.02 | | $30,377.51 | | $0.00 |
| 10/06/2021 | Homeowners/Fire Insurance | | $977.31 | | $0.00 | | | $6,934.02 | $212.25 | $30,589.76 | | $0.00 |
| 10/14/2021 | | | $977.31 | | $0.00 | | | $6,934.02 | | $30,589.76 | | $0.00 |

**Financial Breakdown Statement**

Data date:10/14/2021 09:50:25AM

Loan Number:

## Payment History

| Transaction Date | Transaction Description | Due Date | Payment | Principal | Interest | Escrow | Fee / Advance code | Fee / Advance | Fee / Advance Description | Unapplied | Restricted Escrow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2019 | New Loan Setup | 07/01/2017 | $0.00 | ($314,809.32) | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 10/07/2019 | Pre-distributed Interest, Escrow, Payment | 07/01/2017 | ($9,999.99) | $0.00 | $0.00 | ($9,999.99) | | $0.00 | | $0.00 | $0.00 |
| 10/07/2019 | Pre-distributed Interest, Escrow, Payment | 07/01/2017 | ($5,159.28) | $0.00 | $0.00 | ($5,159.28) | | $0.00 | | $0.00 | $0.00 |

**Financial Breakdown Statement**
Data date:10/14/2021 09:50:25AM
Loan Number:

**Interest Rate table**

| Rate | From | To |
|---|---|---|
| 5.00000% | 07/01/2017 | 07/31/2017 |
| 4.00000% | 07/01/2016 | 06/30/2017 |
| 3.00000% | 07/01/2015 | 06/30/2016 |
| 2.00000% | 09/01/2007 | 06/30/2015 |