UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SELECT PORTFOLIO SERVICING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 2:19-cv-00361-JDL ) |
| DAVID W. THOMAS, et al. | ) ) |
| Defendants, and | ) ) ) |
| INTERNAL REVENUE SERVICE, | ) ) |
| Party-in-Interest. | ) |

**ORDER ON MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

On October 10, 2021, Defendant Donna M. Thomas filed a Motion for Partial Judgment on the Pleadings on Counts III, IV, and V (ECF No. 58) pursuant to Federal Rule of Civil Procedure 12(c). The deadline to file a response was November 1, 2021. Plaintiff Select Portfolio Servicing, Inc. did not respond.

District of Maine Local Rule 7(b) provides that a party who fails to object to a motion within 21 days is "deemed to have waived objection." By failing to object, Select Portfolio has waived any objection to Thomas's motion. A district court has the "discretion to dismiss an action based on a party's unexcused failure to respond to a dispositive motion when such response is required by local rule, at least when the result does not clearly offend equity," and may do so "without consideration . . . of [the motion's] merits." *NEPSK, Inc. v. Town of Houlton*, 283 F.3d 1, 7, 9 (1st Cir.

2002).  Accordingly, Defendant Donna Thomas's Motion for Partial Judgment on the Pleadings on Counts III, IV, and V (ECF No. 58) is **GRANTED**, and Counts III, IV, and V of the Complaint (ECF No. 1) are **DISMISSED** as to both Defendant Donna M. Thomas and Defendant David W. Thomas.

SO ORDERED.

Dated:  November 5, 2021

                                                /s/ JON D. LEVY
                                    **CHIEF U.S. DISTRICT JUDGE**