# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Select Portfolio Servicing, Inc.** | CIVIL ACTION NO: 2:19-cv-00361-JDL |
| **Plaintiff** | |
| vs. | RE:<br>63 Goodwin Road, Eliot, ME 03903 |
| **Donna M. Thomas and David W. Thomas** | Mortgage:<br>August 22, 2007<br>Book 15243, Page 504 |
| **Defendants** | |
| Internal Revenue Service | |
| **Party-In-Interest** | |

## PLAINTIFF'S AMENDED WITNESS LIST

The Plaintiff, Select Portfolio Servicing, Inc., hereby designates the following witnesses for trial:

1. Patrick Pittman, Select Portfolio Servicing, Inc., servicer and holder of the note for Plaintiff and counsel of record.

2. Defendants, Donna M. Thomas and David W. Thomas.

Attached is Plaintiff's Exhibit List.

Dated: November 16, 2021

/s/Reneau J. Longoria, Esq.

Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on November 16, 2021, I served a copy of the above and attached documents by electronic notification using the CM/ECF system to the following:

/s/Reneau J. Longoria, Esq.

## SERVICE LIST

Thomas A. Cox, Esq.
P.O. Box 1314
Portland, ME 04104

David W. Thomas
63 Goodwin Road
Eliot, ME 03903

Internal Revenue Service
c/o Halsey B. Frank, Office of the US Attorney General
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

Internal Revenue Service
c/o Ashley E. Eiler, Office of the US Attorney General
100 Middle Street, East Tower 6th Floor
Portland, ME 04101